UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ROBERT BELTRAN,<br><br>　　　　Defendant. | CR No. 19CR00434<br><br><u>I N F O R M A T I O N</u><br><br>[26 U.S.C. § 5861(d): Possession of an Unregistered Firearm; 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The United States Attorney charges:

[26 U.S.C. § 5861(d)]

On or about February 7, 2019, in Los Angeles County, within the Central District of California, defendant ROBERT BELTRAN knowingly possessed a firearm, namely, an AR-style 5.56mm caliber semiautomatic rifle, bearing no serial number, and of unknown manufacture, which defendant BELTRAN knew to be a firearm and short-barreled rifle, as defined in Title 26, United States Code, Sections 5845(a)(3) and 5845(c), in that it was a rifle having a barrel of less than 16 inches in length, and which had not been registered in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States Code.

## FORFEITURE ALLEGATION

[26 U.S.C. § 5872; 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Information.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

    (a) All right, title, and interest in any firearm involved in any such offense; and

    (b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has

///
///
///
///
///

2

been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

NICOLA T. HANNA
United States Attorney

*Scott M. Garringer*
Scott M. Garringer
Deputy Chief, Criminal Division For:

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent & Organized Crime
  Section

MAX B. SHINER
Assistant United States Attorney
Deputy Chief, Violent & Organized
  Crime Section